**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  09–cr–00416–REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

3.  MANUEL RODRIGUEZ,

     Defendant.

---

**MINUTE ORDER**[1]

---

     The matter is before the court *sua sponte*. It is ordered that the **Trial Preparation Conference Order** [#32] entered October 1, 2009, applies with full force and effect to the defendant, Manuel Rodriquez.

     Dated: October 7, 2009

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.