IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00416-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     ISIDRO ROBLES,
2.     ROBERTO REYES-BARBA, and
3.     MANUEL RODRIGUEZ,

       Defendants.

---

**ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS**

---

On consideration of the Government's Motion to Disclose Copies of Transcripts of Grand Jury Testimony under Specified Conditions to the Attorneys for Defendants [#56] filed October 26, 2009, pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure, it is,

ORDERED that the Government's Motion to Disclose Copies of Transcripts of Grand Jury Testimony under Specified Conditions to the Attorneys for Defendants [#56] filed October 26, 2009, is granted.

IT IS FURTHER ORDERED that copies of the transcripts of testimony given before the Grand Jury and other Grand Jury materials be disclosed to the attorneys for the defendants for preparation for trial.

IT IS FURTHER ORDERED that the disclosed copies of the Grand Jury transcripts and

materials are not to be reproduced and are to be retained in the personal custody or office of the attorneys for the defendants.

DATED October 26, 2009, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge