# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 09-cr-00416-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ISIDRO ROBLES,
2. ROBERTO REYES-BARBA, and
3. MANUEL RODRIGUEZ,

      Defendants.

## MINUTE ORDER[1]

On Monday, November 2, 2009, the court conducted a telephonic setting conference to set oral argument and an evidentiary hearing in this matter. After conferring with the parties, and with their consent,

**IT IS ORDERED** as follows:

      1. That on **November 17, 2009**, commencing at 10:00 a.m., the court shall conduct oral argument on defendant Robles' **Motion To Disclose Confidential Informant** [#45] filed October 16, 2009, and defendant Reyes-Barba's **Motion For Disclosure of Confidential Informants** [#47] filed October 16, 2009;

      2. That on **November 17, 2009**, commencing at 1:30 p.m., or at the conclusion of oral argument, which ever is sooner, the court shall conduct an evidentiary hearing on the following motions:

      a.    defendant Rodriguez's **Motion For Suppression of Statements Made by Defendant** [#42] filed October 15, 2009;

      b.    defendant Rodriguez's **Motion For Suppression of Evidence Seized From Vehicle** [#44] filed October 16, 2009; and

      c.    defendant Reyes-Barba's **Motion To Suppress Evidence** [#53] filed

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

      October 16, 2009.

     3. That the U.S. Marshal shall assist in securing defendants Isidro Robles and Roberto Reyes-Barba's appearances for this hearing.

     Dated: November 2, 2009