**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00416-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  MANUEL RODRIGUEZ,

    Defendants.

**AMENDED[1] ORDER ISSUING SUBPOENA DUCES TECUM
FOR PRODUCTION OF DOCUMENTS/RECORDS
UNDER RULE 17(c) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

**Blackburn, J.**

The matter before me is defendant's **Motion for Issuance of Subpoenas In Forma Pauperis** [#73][2] filed November 12, 2009. After careful review of the motion and the file, I conclude that materiality requirements of Fed.R.Crim.P. 17(c) ostensibly have been satisfied; that the motion should be granted; and that the subpoena duces tecum should be issued.

**THEREFORE, IT IS ORDERED** as follows:

---

[1] This amended order is issued only to correct a typographical error in the paragraph numbered four (4), found on page two (2) of my initial order [#74] granting the defendant's motion. That paragraph stated that the subpoena duces tecum shall require production of the relevant documents and information on February 18, 2009. Of course, that date has passed. Production of the relevant documents and information should be required on February 18, 2010. This amended order is issued only to correct the date shown in the paragraph numbered four (4), found on page two (2) of my initial order [#74], to read February 18, 2010. Otherwise, the substance of this amended order is the same as the substance of my initial order [#74]. This amended order is issued under FED. R. CIV. P. 60(a), which is applicable to this criminal case under FED. R. CRIM. P. 57(b).

[2] "[#73]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

1. That the defendant's **Motion for Issuance of Subpoenas In Forma Pauperis** [#73] filed November 12, 2009, is **GRANTED**;

2. That a subpoena duces tecum shall be issued to

    A.    Linda Pineda, Manager
          Super 8 Motel
          9051 I-76 Service Road
          Henderson, CO 80640
          (303) 287-8888;

3. That the following documents and information shall be produced:

Records identifying the manager on duty and registry of persons staying at the motel on September 10, 2009, who may be witnesses to the arrest of defendant Rodriguez;

4. That the Clerk of the Court shall issue the subpoena duces tecum to be produced before the designated United States Magistrate Judge, c/o Kathy Triplett, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Room A105, Denver, Colorado 80294, on February 18, 2010, at 1:00 p.m. (MST);

5. That a copy of the subpoena shall be attached to the documents produced; and

6. That my **Order Issuing Subpoena Duces Tecum for Production of Documents/records under Rule 17(c) of the Federal Rules of Criminal Procedure** [#74] filed November 12, 2009, is **WITHDRAWN**.

Dated November 13, 2009, at Denver, Colorado.

                                            **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge