# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  09-cr-00416-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  MANUEL RODRIGUEZ,

    Defendant.

## MINUTE ORDER[1]

The matter comes before the court on defendant's **Motion To Quash Subpoena** [#81] filed November 17, 2009.  The motion is **GRANTED**.

    Dated:  November 18, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.