**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00416-REB-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. MANUEL RODRIGUEZ,

    Defendant.

## MINUTE ORDER[1]

On April 27, 2010, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel, and with their consent,

**IT IS ORDERED** that the sentencing hearing in the above-captioned matter is set for **May 27, 2010**, commencing at 11:00 a.m.

    Dated: April 27, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.