**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No.  09-cr-00416-REB-03

UNITED STATES OF AMERICA,

      Plaintiff,

v.

3.  MANUEL RODRIGUEZ,

      Defendant.

---

**MINUTE ORDER**[1]

---

On **July 20, 2010**, commencing at 10:00 a.m., the court shall conduct a sentencing hearing in the above-captioned matter.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated:  July 15, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.