**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No.   09-cr-00416-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

3.  MANUEL RODRIGUEZ,

      Defendant.

## ORDER EXONERATING BOND

      This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was remanded to the custody of the United States Marshal at sentencing, or has self-surrendered to the designated facility, as confirmed by the United States Bureau of Prisons.  As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly,

      **IT IS ORDERED** as follows:

      1.  That the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released; and

      2.  That the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

      DATED at Denver, Colorado, this 29th day of December, 2010.

      **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge