# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  09-cr-00416-REB-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  MANUEL RODRIGUEZ,

    Defendant.

## ORDER DENYING MOTION TO RECONSIDER SENTENCE

**Blackburn, J.**

The matter is before the court on the **Motion To Reconsider Sentence** [#160][1] filed August 25, 2010, ostensibly by members of the defendant's family.[2] After reviewing the motion, the record, and the local criminal rules of the court, I conclude that the motion must be denied.

Under the **Local Rules of Practice of the United States District Court for the District of Colorado - Criminal**, only an attorney admitted to the bar of this court may sign a motion. *See* D.C.COLO.LCrR 44.1. None of the members of the defendant's family who signed the instant motion is a member of the bar of this court. Thus, the motion is not properly before the court and must be denied.

---

[1] ["160"] is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

[2] The motion is signed by Olga Rios De Almanzar, Olga Galindo, Isidro Rodriguez, Ruben Rodriguez, Luis Rodriguez, and Rafael Rodriguez. *See* Motion at 2. Importantly, the motion is not signed by the defendant or his legal counsel.

**THEREFORE, IT IS ORDERED** that the **Motion To Reconsider Sentence** [#160] filed August 25, 2010, is **DENIED**.

Dated November 4, 2014, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge